# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Andre Espinosa |
| v. : | Mag. No. 20-12328 |
| ANTHONY D'ALESSANDRO : | **Consent Order** |

This matter having come before the Court on the application of defendant Anthony D'Alessandro, through his attorney, Robert Gamburg, Esq., for an order setting conditions of pretrial release, and the United States Attorney's Office (Samantha C. Fasanello, Assistant United States Attorney, appearing) having consented to this modification;

It is on this 27th day of July, 2021;

**ORDERED** that the following conditions shall apply:

Pretrial Services recommends that the defendant be released on a $100,000 Unsecured Appearance Bond. The following conditions are also recommended:

1. Pretrial Services Supervision.

2. Home Incarceration, with electronic monitoring: 24-hour lock-down except for medical necessities and court appearances, or other activities specifically approved by the court.

3. For the purpose of Location Monitoring, the defendant shall install a land line telephone in his/her residence within 10 days of release, unless waived by Pretrial Services.

4. Maintain current residence or a residence approved by Pretrial Services.

5. Surrender all passports/travel documents. Do not apply for new travel documents.

6. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.

7. The Defendant shall have no contact with co-defendants, or with any other members of the Pagan's Motorcycle Club;

8. No contact with victims or witnesses.

9. Surrender/do not possess any firearms. All firearms in any home in which the defendant resides shall be removed, in compliance with New Jersey state law, within 24 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.

10. The defendant shall remain detained pending the installation of an electronic monitoring device by Pretrial Services.

Due to the COVID-19 pandemic, the defendant has not yet been processed by the United States Marshals Service (USMS) for the instant arrest. We respectfully request Your Honor order the following:

11. The defendant shall report to the United States Marshal Services in Newark, New Jersey for processing at a date to be determined.

X _____
Honorable André Espinosa
United States Magistrate Judge

_____
Robert Gamburg, Esquire

_____
AUSA Samantha C. Fasanello

_____
Pre-Trial Officer Brian Martins