## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Andre Espinosa |
| v. | : | Mag. No. 20-12328 |
| ANTHONY D'ALESSANDRO | : | **Consent Order** |

This matter having come before the Court on the application of defendant Anthony D'Alessandro, through his attorney, Robert Gamburg, Esq., for an order setting a modification of conditions of pretrial release, and the United States Attorney's Office (Samantha C. Fasanello, Assistant United States Attorney, appearing) having consented to this modification;

It is on this 23rd day of September, 2021;

**ORDERED** that the following conditions shall apply:

The parties are in agreement that the defendant is permitted to attend his grandson's birthday party on September 25, 2021 from 1PM -7PM at 879 Paulsboro Road in Swedesboro, NJ. In addition, he be allowed to leave his residence at a date and time to be approved by Pretrial Services during the week of 9/27/21 for the purpose of banking.

_____
Honorable Andre Espinosa
United States Magistrate Judge

_____
Robert Gamburg, Esquire

_____
AUSA Samantha Fasanello

_____
Pre-Trial Officer Nailah Green